## J. M. STEVERSON v. Rosa GASSENHEIMER.

### 3 Div. 78.

Supreme Court of Alabama.
Nov. 9, 1933.

B. F. Smith, of Birmingham, for petitioner.

Rushton, Crenshaw & Rushton, of Montgomery, for respondent.

THOMAS, Justice.

Petition of J. M. Steverson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Steverson v. Gassenheimer, 25 Ala. App. 554, 150 So. 705.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

150 So. 703

## C–J PARTS CO. et al. v. Luther ECHOLS pro ami.

### 7 Div. 221.

Supreme Court of Alabama.
Nov. 9, 1933.

L. B. Rainey, of Gadsden, for petitioners.

Motley & Motley, of Gadsden, for respondent.

KNIGHT, Justice.

Petition of C–J Parts Company et al. for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of that court in the case of C–J Parts Company et al. v. Luther Echols, suing by next friend, A. M. Echols, 25 Ala. App. 553, 150 So. 702.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.